# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs                                                          CASE NO. 3:05cr93/MCR

**ROBERTO RAMIREZ**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Count One, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Count One as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 1st day of December, 2005.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**